**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Ricardo MORENO-HERNANDEZ, AKA
Ricardo Moreno Hernandez,
Defendant-Appellant.**

No. 17-10119

United States Court of Appeals,
Ninth Circuit.

Submitted February 7, 2018 \*
San Francisco, California

Filed February 09, 2018

\* *See* Fed. R. App. P. 34(a)(2).

Shelley Kay-Glenn Clemens, Esquire, Assistant U.S. Attorney, USTU-Office of the US Attorney, Tucson, AZ, for Plaintiff-Appellee

Stephanie Kathryn Bond, Esquire, Attorney, Law Offices of Stephanie K Bond, PC, Tucson, AZ, for Defendant-Appellant

Before: THOMAS, Chief Judge, and TASHIMA and CHRISTEN, Circuit Judges.

MEMORANDUM **

Ricardo Moreno-Hernandez appeals his jury conviction for violating 8 U.S.C. § 1326. We have jurisdiction over this appeal, 28 U.S.C. § 1291, and affirm.

The district court did not abuse its discretion in denying Moreno-Hernandez's motion for a new trial on the grounds of his excluded prior consistent hearsay statement to Immigration & Customs Enforcement officials in September 2015 that he was born in Santa Monica, California. The district court correctly identified Federal Rule of Evidence 801(d)(1)(B) and the four-element test from *United States v. Collicott*, 92 F.3d 973, 979 (9th Cir.), *as amended* (Oct. 21, 1996), that guide the admission of prior consistent hearsay statements. The district court's application of this Rule to Moreno-Hernandez's prior consistent hearsay statement is not implausible or illogical. *United States v. Hinkson*, 585 F.3d 1247, 1262 (9th Cir. 2009) (en banc).

The prosecution's inadvertent misstatement does not rise to the level of prosecutorial misconduct, and does not constitute plain error. *See, e.g., United States v. Lloyd*, 807 F.3d 1128, 1168 (9th Cir. 2015)

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

("A prosecutor's inadvertent mistakes or misstatements are not misconduct.").

For these reasons, Moreno-Hernandez is not entitled to a new trial.

**AFFIRMED.**